1

2

3

4

5

6                     UNITED STATES DISTRICT COURT

7                     NORTHERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,              Case No. CR13-0591 EMC

9              Plaintiff,

10       v.                               **PRETRIAL ORDER FOR CRIMINAL
                                          JURY TRIAL AND BRIEFING
                                          SCHEDULE**
11 NATHAN CHARLTON,

12             Defendant.
   _____/

13

14       Good cause appearing, it is hereby ordered that:

15       1.    TRIAL DATE

16            a.     Jury trial is scheduled for **11/3/2014 at 8:30 a.m.** in Courtroom 5, 17th Floor,

17 450 Golden Gate Avenue, San Francisco, California.   Typical court day for trial is 8:30 a.m. to 2:00

18 p.m.; **Thursdays** are dark.

19            b.     The length of trial is expected to last not more than **three days.**

20       2.    DISCOVERY

21            Both sides will comply with the Federal Rules of Criminal Procedure and Criminal

22 Local Rule 16-1.  The United States will comply with *Brady v. Maryland*, 373 U.S. 83 (1963),

23 *Giglio v. United States*, 405 U.S. 150 (1972) and *United States v. Agurs*, 427 U.S. 97 (1976).

24       3.    MOTIONS

25            a.     Defendant's Motion to Suppress was heard and denied by the Court on

26 10/8/2014.

27            b.      Pretrial motions (including motions *in limine*) shall be noticed and set for

28

                                          1

1    hearing on **10/20/2014 at 10:00 a.m.**  Motions *in limine* and other pre-trial motions shall be filed

2    with the Court by **10/14/2014 noon**; responses are due **10/16/2014 noon**.   The briefing schedule for

3    all motions shall comply with Criminal Local Rule 47-2.

4           c.      Criminal Local Rule 16-1(c) disclosure shall be made no later than

5    **10/14/2014**.

6           4.      PRETRIAL CONFERENCE

7           a.      A pretrial conference will be held on  **10/20/2014 at 10:00 a.m.**   The

8    attorneys who will try the case shall attend the conference and be prepared to discuss the matters set

9    forth in Criminal Local Rule 17.1-1.

10           b.      By **10/14/2014 noon**, the parties shall, consistent with defendant's right to an

11    effective defense, complete the following:

12                (1)      Serve and file a pretrial statement pursuant to Crim. L.R. 17.1-1(b).

13                (2)      Serve and file a trial brief setting forth the following:

14                      (a)      A description of each offense charged in the case.

15                      (b)      A description of all of the relevant facts upon which the parties

16                          stipulate.

17                      (c)      A brief description of the law applicable to each alleged

18                          offense, including, but not limited to, a listing of the elements

19                          of each alleged offense and affirmative defense and any

20                          instructions that the Court should consider in reaching a

21                          decision in the case.

22                      (d)      Points of law on any other issues relevant to the trial, including

23                          all foreseeable procedural and evidentiary issues.

24                (3)      Serve and file a joint exhibit list in tabular form, with (a) a column that

25                        briefly describes the exhibit; (b) a column that describes for what

26                        purpose the party will offer the exhibit and identifies its sponsoring

27                        witness; (c) a column that states any objections to the exhibit; (d) a

28                        column that briefly responds to the objections; and (e) a blank column

for the Court's use.  Before this list is filed with the Court, the parties shall meet and confer, in person, to consider exhibit numbers, to eliminate duplicate exhibits and confusion over exhibits, and to make a good faith effort to stipulate to admissibility.  If stipulation is not possible, the parties shall make every effort to stipulate to authenticity and foundation absent a legitimate (not tactical) objection.

(4)   Serve and file a list of the witnesses that each party intends to call at the trial in its case-in-chief, not including rebuttal witnesses, briefly setting forth for each witness the substance of their testimony.

(5)   Exchange exhibits, which shall be pre-marked (plaintiff shall use numbers; defendant shall use non-duplicative consecutive numbers as agreed in advance) and tabbed.

(6)   Deliver two (2) binders of all pre-marked exhibits to chambers (exhibits are not to be filed).  *Exhibits must be premarked.  In addition, one set of exhibits must be tagged.*  Exhibits shall be three-hole punched and shall be submitted in binders.  Sample tags are attached as Exhibit A hereto.

(7)   Serve and file proposed jury instructions on all substantive issues and on any procedural issue not adequately covered by the Court's standard instructions (i.e. the Ninth Circuit Manual of Model Criminal Jury Instructions (2003 ed. as amended through 2006) (also available on the Ninth Circuit website at www.ce9.uscourts.gov) shall be given absent objection: 1.1-1.12, 2.1-2.2, 3.1-3.2, 3.5-3.9, 7.1-7.6.

(a)   Any instruction contained in the Ninth Circuit Model Instructions Manual may be requested by designation of its number.

3

1           (b)     Each other instruction shall be requested by setting forth the

2                    instruction in full text on a separate sheet with reference to

3                    supporting legal authority.

4           (c)     Prior to filing the proposed instructions, the parties shall meet

5                    and confer and work in good faith towards a stipulated set of

6                    instructions.  If a full agreement is not reached, the parties shall

7                    enumerate the instructions on which an agreement is reached

8                    and then list separately the additional instructions proposed by

9                    each party.

10       (8)     Serve and lodge a proposed form of verdict and proposed questions for

11              jury voir dire.  Voir dire questions not agreed to shall be listed

12              separately.

13     c.     By **10/16/2014 noon**, the parties shall:

14        (1)     Serve and file any formal objections to the opposing party's witnesses.

15            As to objections to exhibits on the exhibit list, the objecting party shall

16            set forth a detailed basis for each objection.  Failure to do so  shall be

17            deemed a waiver.

18     d.     No party shall be permitted to call any witness or offer any exhibit in their

19 case in chief that is not disclosed pursuant to this Pretrial Order, without leave of Court for good

20 cause shown, consistent with defendant's right to an effective defense.

21     e.     All motions *in limine* shall be heard at the Pretrial Conference.

22    5.    <u>CHALLENGES</u>

23     The procedure for exercising peremptory challenges in Criminal Local Rules 24-2

24 and 24-3 will be observed absent objection by the parties.

25    6.    <u>COPIES</u>

26     Each document filed or lodged with the Court must be accompanied by a copy for use

27 in the Judge's chambers.

28

1    7.    CHANGE OF PLEA

2        Counsel shall give prompt notice to the United States Attorney and to the Court of

3    any intention to change a previously entered not guilty plea.  A written plea agreement must be

4    submitted at least one (1) day in advance of the plea.

5        8.    Jury instructions, proposed form of verdict, and requested voir dire shall also be

6    submitted to Chambers in Word or WordPerfect format on a CD.

7
     Dated:   October 9, 2014

8

9

10

11        EDWARD M. CHEN
          United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                          **JUROR QUESTIONNAIRE**

2    1.      Name.

3    2.      City of residence.

4    3.      Occupational status.

5    4.      Educational background.

6    5.      Organizations.

7    6.      Hobbies.

8    7.      Marital status.

9    8.      Spouse's occupation.

10   9.      Children (including ages).

11   10.     If a juror on another case.

12   11.     If ever a grand juror.

13   12.     If ever in the military.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **EXHIBIT A**

UNITED STATES DISTRICT COURT
  NORTHERN DISTRICT OF CALIFORNIA

Case Number:

PLTF / DEFT EXHIBIT NO._____

Date Admitted:_____

By:_____

  Betty Lee, Deputy Clerk

-------------------------------------------------------

UNITED STATES DISTRICT COURT
  NORTHERN DISTRICT OF CALIFORNIA

Case Number:

PLTF / DEFT EXHIBIT NO._____

Date Admitted:_____

By:_____

  Betty Lee, Deputy Clerk

-------------------------------------------------------

UNITED STATES DISTRICT COURT
  NORTHERN DISTRICT OF CALIFORNIA

Case Number:

PLTF / DEFT EXHIBIT NO._____

Date Admitted:_____

By:_____

  Betty Lee, Deputy Clerk

-------------------------------------------------------

UNITED STATES DISTRICT COURT
  NORTHERN DISTRICT OF CALIFORNIA

Case Number:

PLTF / DEFT EXHIBIT NO._____

Date Admitted:_____

By:_____

  Betty Lee, Deputy Clerk

-------------------------------------------------------

UNITED STATES DISTRICT COURT
  NORTHERN DISTRICT OF CALIFORNIA

Case Number:

PLTF / DEFT EXHIBIT NO._____

Date Admitted:_____

By:_____

  Betty Lee, Deputy Clerk

-------------------------------------------------------

UNITED STATES DISTRICT COURT
  NORTHERN DISTRICT OF CALIFORNIA

Case Number:

PLTF / DEFT EXHIBIT NO._____

Date Admitted:_____

By:_____

  Betty Lee, Deputy Clerk

-------------------------------------------------------

UNITED STATES DISTRICT COURT
  NORTHERN DISTRICT OF CALIFORNIA

Case Number:

PLTF / DEFT EXHIBIT NO._____

Date Admitted:_____

By:_____

  Betty Lee, Deputy Clerk

-------------------------------------------------------

UNITED STATES DISTRICT COURT
  NORTHERN DISTRICT OF CALIFORNIA

Case Number:

PLTF / DEFT EXHIBIT NO._____

Date Admitted:_____

By:_____

  Betty Lee, Deputy Clerk

-------------------------------------------------------

UNITED STATES DISTRICT COURT
  NORTHERN DISTRICT OF CALIFORNIA

Case Number:

PLTF / DEFT EXHIBIT NO._____

Date Admitted:_____

By:_____

  Betty Lee, Deputy Clerk

-------------------------------------------------------