UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>　　　　　Plaintiff,<br>　　v.<br>NATHAN CHARLTON,<br>　　　　　Defendant. | Case No.  13-cr-00591-VC-1<br><br>**ORDER RE JURY MEALS**<br>Re: Dkt. No. 66 |

**IT IS HEREBY ORDERED** that the United States District Court Jury Commissioner shall furnish daily morning breakfast for the members of the jury in the above-entitled matter beginning  November 3, 2014, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States.  The trial will be held in Courtroom 1, 17th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: October 27, 2014

_____
VINCE CHHABRIA
United States District Judge