UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>           Plaintiff,<br><br>    v.<br><br>NATHAN CHARLTON,<br><br>           Defendant. | Case No. 13-cr-00591-VC-1<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTIONS IN LIMINE**<br><br>Re: Doc. Nos. 57, 59, 60, 62 |

This order addresses the matters the Court took under submission following the final pretrial conference. The government is not required to provide further detail about Special Agent Garza's anticipated testimony regarding the origin of the firearm. Evidence regarding the defendant's possession of methamphetamine is excluded. The government is precluded from presenting DNA evidence in either its case-in-chief or in rebuttal. *Cf. United States v. Tin Yat Chin*, 476 F.3d 144, 146 (4th Cir. 2007).

**IT IS SO ORDERED**.

Dated: October 28, 2014

_____
VINCE CHHABRIA
United States District Judge