UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>           Plaintiff,<br><br>    v.<br><br>NATHAN CHARLTON,<br>           Defendant. | Case No. 13-cr-00591-VC-1<br><br>**FINAL PRETRIAL ORDER** |

The Court held a final pretrial conference in this matter on October 28, 2014 and issues this final pretrial order.

**I.  TRIAL DATE & LENGTH OF TRIAL**

    A.  The jury trial will begin on November 3, 2014, in Courtroom 1, 17th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.  The trial is expected to last 3 days or less.

    B.  The trial will be held Monday through Wednesday from 8:30 A.M. to 2:00 P.M. and will include one or two fifteen-minute breaks and one 45 minute lunch break.  Counsel should be in the building and available by 8:00 A.M. to address any issues (such as objections) before the trial day begins.

    C.  Each party may make an opening statement of up to 30 minutes.  Time for closing statements will be determined.

**II.  PROCEDURE FOR EXHIBITS DURING TRIAL**

Please refer to the Court's Criminal Pretrial Preparation Standing Order for the proper procedures regarding the presentation of exhibits during trial.

Neither side will be allowed to offer any exhibit in its case in chief that has not already

been disclosed, without leave of Court for good cause shown, consistent with defendant's right to an effective defense.

### III. WITNESSES

    A. <u>Government</u>

For its case-in-chief, the government may call the witnesses listed on the government's witness list separately filed at Docket Numbers 39 and 46.

    B. <u>Defendant</u>

For his case-in-chief, the defendant may call the witnesses listed on the defendant's witness list separately filed at Docket Number 43.

Neither side will be allowed to call any witness in its case in chief that has not already been disclosed, without leave of Court for good cause shown, consistent with defendant's right to an effective defense.

### IV. CHARGES

The following charge is to be tried in this matter against the defendant: a violation of Title 18, United States Code, Section 922(g)(1), being a felon in possession of a firearm.

### V. MOTIONS IN LIMINE

For the reasons stated on the record in the pretrial conference and in its subsequent order on October 28, 2014, the Court rules as follows on the government's motions in limine:

    A. Denied as unripe.

    B. Granted.

    C. Denied as moot.

    D. Granted in part and denied in part.

    E. Granted in part and denied in part.

    F. Denied as moot.

    G. Denied as moot.

    H. Denied as moot.

For the reasons stated on the record in the pretrial conference and in its subsequent order on October 28, 2014, the Court rules as follows on the defendant's motions in limine:

A. Granted.

B. Granted in part and denied in part.

C. Granted in part and denied in part.

D. Denied as moot.

E. Denied as moot.

F. Granted in part and denied in part.

## VI. *HENTHORN* MATERIAL

The Court has reviewed the CD of documents from the Office of Citizen Complaints. The government is required to provide the defense with complaint numbers 0556-14 and 0579-13. Consistent with the Court's ruling during the final pretrial conference, the defendant must proffer a basis for any *Henthorn*-type inquiry, outside the presence of the jury, before questioning a law enforcement officer. To date, the Court has not received any documents produced by the legal division of the San Francisco Police Department.

## VII. STIPULATIONS

The parties have stipulated to the following: Prior to June 13, 2013, NATHAN CHARLTON had been convicted of a felony crime punishable by a term of imprisonment exceeding one year. *See* Docket No. 45.

**IT IS SO ORDERED.**

Dated: October 30, 2014

VINCE CHHABRIA
United States District Judge

3