UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>　　　　　Plaintiff,<br>　　v.<br>NATHAN CHARLTON,<br>　　　　　Defendant. | Case No. 13-cr-00591-VC-1<br><br>**ORDER RE ALLOWING JUROR TO ENTER BUILDING** |

　　　Kevin Hall is a juror in the current trial proceeding before this Court from November 3 through about November 6, 2014. The Marshals are directed to allow Mr. Hall into 450 Golden Gate Avenue, San Francisco for the duration of the trial without having to provide a valid form of identification.

　　　**IT IS SO ORDERED**.

Dated: November 3, 2014

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　United States District Judge