UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>   v.<br><br>NATHAN CHARLTON,<br><br>        Defendant. | Case No.  13-cr-00591-VC-1<br><br>**ORDER ISSUING INDIGENT TRIAL SUBPOENA** |

It is hereby ordered that a subpoena shall issue for VIRGINIA SADL (Forensic Serologist III, Serological Research Institute) to appear at the trial of the above-captioned matter.  The Court will approve reimbursement for Ms. Sadl's appearance at trial, in an amount not to exceed $5,000.00, pursuant to the Criminal Justice Act.

**IT IS SO ORDERED**.

Dated: November 3, 2014

_____
VINCE CHHABRIA
United States District Judge