CRIMINAL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

Date: November 4, 2014

**The Honorable VINCE CHHABRIA**

**Clerk:** Kristen Melen          **Court Reporter:** Katherine Sullivan

Case No. CR13-00591-VC          Case**:** USA V. NATHAN CHARLTON

Voir Dire Began October 17, 2014   Trial Began November 3, 2014

Further Trial _____   Trial Ended November 4, 2014

**Trial Motions Heard**:                                                                    **Disposition**

1.       Defense Motion to Strike Evidence                                 DENIED
2.       Defense Rule 29 Motion                                                 DENIED
3.       Defense (Oral) Rule 33 Motion- See below
4.       Government Motion to Continue Remand                    GRANTED

Other:

Rule 33 Motion: opening brief is due December 15, 2014, opposition is due January 12, 2015, and reply is due January 19, 2015. Hearing on the motion will be January 26, 2015.

Verdict:

Count one: GUILTY.

Sentencing Date:                    March 16, 2015, at 2:00 p.m.
Disposition of Exhibits:          Returned to AUSA.