UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 13-cr-00591-VC-1 |
|---|---|
| v. | |
| NATHAN CHARLTON, | **ORDER REGARDING PRESERVATION OF EXHIBITS** |
| Defendant. | |

The trial exhibits that were admitted into evidence are turned over to the government for preservation.

**IT IS SO ORDERED**.

Dated: November 4, 2014

_____
VINCE CHHABRIA
United States District Judge