STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:      415.436.7706
candis_mitchell@fd.org

Counsel for Defendant Nathan Charlton

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,** | Case No. CR 13-0591 VC |
| Plaintiff, | |
| v. | **Motion and [~~Proposed~~] Order Setting Briefing Schedule for Renewed Rule 29 Motion** |
| **Nathan Charlton,** | |
| Defendant. | Date:  January 26, 2015<br>Time:  2:00 p.m. |

Defendant Nathan Charlton was convicted of being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g). This Court previously set a briefing schedule with a motion hearing set for January 26, 2015, for a motion for new trial pursuant to Federal Rules of Criminal Procedure 33. In addition to a motion for a new trial, Mr. Charlton seeks leave from the Court to submit additional briefing for a renewed motion for judgment of acquittal pursuant to Federal Rules of Criminal Procedure 29.

In accord with the previously set out schedule for the Rule 33 motion, the proposed briefing and hearing schedule for the renewed Rule 29 motion would be as follows: defendant will

*Charlton*, Mot. & [Prop.] Order re
Briefing Sched.—CR 13-0591 VC

1  file his opening motion on December 15, 2014; the government will file its opposition on January

2  12, 2015; defendant will file his reply on January 19, 2015; and the motion will be heard on

3  January 26, 2015, or any date thereafter as is convenient for the Court.

                                                          Respectfully submitted,

Dated: November 7, 2014                    /s/ Candis Mitchell
                                                         CANDIS MITCHELL
                                                         Assistant Federal Public Defender
                                                         Attorney for Defendant Charlton

28  *Charlton*, Mot. & [Prop.] Order re
Briefing Sched.—CR 13-0591 VC

# [~~PROPOSED~~] ORDER

For the reasons stated above, the Court permits the filing of briefing for a renewed Rule 29 motion. The Court sets the motion briefing and hearing date as follows: defendant will file his opening motion on December 15, 2014; the government will file its opposition on January 12, 2015; defendant will file his reply on January 19, 2015; and the motion will be heard on January 26, 2015, or any date thereafter as is convenient to the Court.

IT IS SO ORDERED.

Dated: November 12, 2014



*Charlton*, Mot. & [Prop.] Order re
Briefing Sched.—CR 13-0591 VC