MELINDA HAAG (CABN 44332)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

SARAH HAWKINS (CABN 257723)
W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:     (415) 436-6758
   Facsimile:     (415) 436-7301
   wilson.leung@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> NATHAN CHARLTON, ) <br> ) <br> Defendant. ) <br> ) <br> ) | No. CR-13-0591-VC <br><br> STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING FILING DATE <br> AS MODIFIED |

      The Government respectfully submits this Stipulation and Proposed Order to Request that its response to the defendant's motion for a new trial/renewed motion for a judgment of acquittal be extended one week, from January 12, 2015 to January 19, 2015.

      The Government, by MELINDA HAAG, United States Attorney for the Northern District of California, and Sarah Hawkins and W.S. Wilson Leung, Assistant United States Attorneys, of counsel, and defendant NATHAN CHARLTON, by his counsel Candis Mitchell, Esq., hereby stipulate to the following:

      1. The defendant's motion was originally to be filed on December 15, 2014.  However, with the consent of the Government, the defendant sought and the Court granted a one-week extension of its filing date, to December 23, 2014.

2. Accordingly, the Government, with the consent of the defendant, requests that its own filing date be extended by one week as well, i.e., from January 12, 2015 to January 19, 2015.

SO STIPULATED.

MELINDA HAAG
United States Attorney

Dated: January __7_, 2015       By: */s/ Sarah Hawkins*
                                SARAH HAWKINS
                                W.S. WILSON LEUNG
                                Assistant United States Attorneys

Dated: January _7, 2015         _____*/s/ Candis Mitchell*
                                CANDIS MITCHELL, ESQ.
                                Counsel for NATHAN CHARLTON

ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the date for the Government's ~~reply~~ RESPONSE to the defendant's motion for a new trial/ renewed motion for a judgment of acquittal be extended one week, from January 12, 2015 to January 19, 2015. Defendant's reply brief shall be filed no later than January 26, 2015. The hearing regarding the motion for new trial/ judgment of acquittal will be February 9, 2015 at 3:00 p.m.

DATED: January 8, 2015

_____
HON. VINCE CHHABRIA
United States District

IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria