IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NATHAN CHARLTON, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 13-0591 VC <br><br> [~~PROPOSED~~] **ORDER ISSUING SUBPOENA PURSUANT TO FED.R.CRIM.PRO 17(b) and (c)** |

On the motion of Defendant Charlton pursuant to Rule 17(b) and (c) of the Federal Rules of Criminal Procedure, and good cause appearing therefor,

IT IS HEREBY ORDERED that the following subpoena to the **California Department of Corrections and Rehabilitation** issue for the specified records, and that the fees and expenses associated with production of the materials so subpoenaed shall be paid as if subpoenaed by the government.

IT IS FURTHER ORDERED that the subpoena command the production of the material on or before **Monday, March 2, 2015.**

IT IS SO ORDERED.

DATED: February 18, 2015

_____
VINCE CHHABRIA
United States District Judge

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | SUBPOENA TO PRODUCE DOCUMENTS OR OBJECTS IN A CRIMINAL CASE |
|---|---|
| V. | |
| NATHAN CHARLTON | Case Number: CR-13-591 VC |

TO:  California Department of Corrections and Rehabilitation
     Custodian of Records

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below. If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents *in camera*, or to permit production only pursuant to a protective order.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| [X] United States Courthouse  450 Golden Gate Avenue  San Francisco, CA 94102 | [ ] United States Courthouse  280 South First Street  San Jose, CA 95113 | [ ] United States Courthouse  1301 Clay Street  Oakland, CA 94612 | Hon. Vince Chhabria  17th Fl.  Ctrm. #4 |
| | | | DATE AND TIME  Monday, March 2-2015  2PM |

If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary.

The following document(s) or object(s) shall be produced:
All BPT and parole documents (parole violations (Bureau Prisons Terms, Parole Board)) belonging to Nathan Charlton (DOB: 6-22-1982; CDCR#: T73155) including, but not limited to, parole-issued arrest warrants, CDCR form documents #1676 (charge sheet/revocation tracking) and any other parole-related records from 2011 to 2013.
**Certified copies provided to Candis Mitchell or the court on or before March 2, 2015, will suffice in lieu of personal appearance.

NOTE: Parties requesting a subpoena requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*. Forms are available at the Court's Internet site: http://www.cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT  Richard W. Wieking  (By) Deputy Clerk  *[signature]* | DATE  FEBRUARY 13, 2015 |
|---|---|

ATTORNEY NAME, ADDRESS AND PHONE NUMBER:

CANDIS MITCHELL, Assistant Federal Public Defender
450 Golden Gate Ave., 19th Fl.
San Francisco, CA  94102
Tel.: 415-436-7700; Investigator: Catherine Goulet (d: 415-436-7670)

CAND 89B (Rev. 1/06) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | | |
|---|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE | |
| SERVED | DATE | PLACE | |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES ☑ NO   AMOUNT $ _____ | |
| SERVED BY (PRINT NAME) | | TITLE | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on    FEBRUARY 13, 2015
                      DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

ADDITIONAL INFORMATION